B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Maryland, Baltimore Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Porter, Lawrence** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Larry Porter** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4558** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**20 Pinewood Farm Court**<br>**Owings Mills, MD**<br><div align="right">ZIP Code **21117**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Baltimore** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                 **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>    **Porter, Lawrence** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)        (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____<br>          (Name of landlord that obtained judgment)

          _____<br>          (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Porter, Lawrence** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Lawrence Porter**
Signature of Debtor  **Lawrence Porter**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September 29, 2008**
Date

#### Signature of Attorney*

X **/s/ Constance M. Hare - Bar No.**
Signature of Attorney for Debtor(s)

**Constance M. Hare - Bar No. 22512**
Printed Name of Attorney for Debtor(s)

**Mehlman, Greenblatt & Hare, LLC**
Firm Name

**723 South Charles Street**
**Suite LL3**
**Baltimore, MD 21230**

_____
Address

**(410) 547-0300  Fax: (410) 547-7474**
Telephone Number

**September 29, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## District of Maryland, Baltimore Division

In re    **Lawrence Porter**                                Case No. _____

                                   Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exh. D (10/06) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Lawrence Porter**
         **Lawrence Porter**
Date:   **September 29, 2008**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Maryland, Baltimore Division

In re  **Lawrence Porter**
_____,
Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 304,050.85 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,518,957.02 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 40,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 1,004,224.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 6,833.95 |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 304,050.85 | | |
| Total Liabilities | | | | 3,563,181.62 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Maryland, Baltimore Division

In re    **Lawrence Porter**

_____,
Debtor

Case No. _____

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **Lawrence Porter**                                            ,        Case No. _____
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Lawrence Porter**
_____,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **In debtor's possession** | - | 500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Suntrust bank account ending 8234** | - | 2,133.02 |
| | | **Wachovia Bank account ending 5602** | - | 91.58 |
| | | **PNC Bank account ending 2636** | - | 334.95 |
| | | **ING classic money fund account ending 9277 (value as of 8/31/08) -- monies arise from settlement of disability claim** | - | 100,391.30 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **2 couches, 1 television** | - | 300.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **200 books** | - | 100.00 |
| 6. Wearing apparel. | | **10 shirts, 8 paints, 1 suit, 2 sports jackets** | - | 50.00 |
| 7. Furs and jewelry. | | **Watch** | - | 150.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | | **Pacific Life account ending 9111 (balance as of 7/15/08) -- monies arise from settlement of disability claim** | - | 200,000.00 |

|  |  |
|---|---|
| Sub-Total > | 304,050.85 |
| (Total of this page) | |

   **3**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Lawrence Porter**                                      ,        Case No. _____

                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim arising from car accident which occurred on 08/28/08 (debtor represented by Kent L. Greenberg, Esquire)** | - | **Unknown** |

Sub-Total >                        **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **Lawrence Porter**                                                      ,     Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Lease of 2006 BMW 530xi - 2 months left on lease** | - | 0.00 |

Sub-Total >                0.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Lawrence Porter**                                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Interest of debtor in those real properties located at 1625, 1724, 1808, 1810, 1812 and 1816 St. Paul Streets, which properties were transferred to a receiver pursuant to the Consent Order Granting Permanent Injunctive Relief, and Appointment of a Permanent Receiver entered by the Circuit Court for Baltimore City (the properties remained titled in the name of the debtor although the properties were placed in the receivership estate)** | **-** | **0.00** |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **304,050.85** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Lawrence Porter**
_____,    Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **In debtor's possession** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **500.00** | **500.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Suntrust bank account ending 8234** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **2,133.02** | **2,133.02** |
| **Wachovia Bank account ending 5602** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **91.58** | **91.58** |
| **ING classic money fund account ending 9277 (value as of 8/31/08) -- monies arise from settlement of disability claim** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2)** | **100,391.30** | **100,391.30** |
| **Household Goods and Furnishings** | | | |
| **2 couches, 1 television** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** | **300.00** | **300.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **200 books** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(1)** | **100.00** | **100.00** |
| **Wearing Apparel** | | | |
| **10 shirts, 8 paints, 1 suit, 2 sports jackets** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** | **50.00** | **50.00** |
| **Furs and Jewelry** | | | |
| **Watch** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **150.00** | **150.00** |
| **Annuities** | | | |
| **Pacific Life account ending 9111 (balance as of 7/15/08) -- monies arise from settlement of disability claim** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2)** | **200,000.00** | **200,000.00** |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Claim arising from car accident which occurred on 08/28/08 (debtor represented by Kent L. Greenberg, Esquire)** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2)** | **0.00** | **Unknown** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Lease of 2006 BMW 530xi - 2 months left on lease** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(3)** | **0.00** | **0.00** |
| | Total: | **303,715.90** | **303,715.90** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Lawrence Porter**                              Case No. _____
                                               **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **xxxxxx9857**<br><br>**Chase Home Finance, LLC**<br>**P.O. Box 50911**<br>**San Diego, CA 92150-9011** | | - | | | **1724 St. Paul Street** | | | | | |
| | | | | | Value $      **0.00** | | | | **249,194.37** | **249,194.37** |
| Account No. **xxxxxxx381-9**<br><br>**Citimortgage Inc.**<br>**P.O. Box 183040**<br>**Columbus, OH 43218-3040** | | - | | | **Mortgage**<br><br>**1810 St. Paul Street** | | | | | |
| | | | | | Value $      **0.00** | | | | **118,347.44** | **118,347.44** |
| Account No. **xxxxxxx339-7**<br><br>**Citimortgage Inc.**<br>**P.O. Box 183040**<br>**Columbus, OH 43218-3040** | | - | | | **Mortgage**<br><br>**1808 St. Paul Street** | | | | | |
| | | | | | Value $      **0.00** | | | | **118,347.44** | **118,347.44** |
| Account No. **xxxxxxx788-6**<br><br>**Citimortgage Inc.**<br>**P.O. Box 183040**<br>**Columbus, OH 43218-3040** | | - | | | **Mortgage**<br><br>**1816 St. Paul Street** | | | | | |
| | | | | | Value $      **0.00** | | | | **120,353.26** | **120,353.26** |
|   _1_   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **606,242.51** | **606,242.51** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Lawrence Porter**                                                                   ,     Case No. _____
                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx390-0** <br><br> **Citimortgage Inc.** <br> **P.O. Box 183040** <br> **Columbus, OH 43218-3040** | | - | **Mortgage** <br><br> **1812 St. Paul Street** <br><br><br> Value $                  **0.00** | | | | **117,835.80** | **117,835.80** |
| Account No. <br><br> **Kurlander Electric, Inc.** <br> **8B Music Fair Road** <br> **Owings Mills, MD 21117** | | | **5/20/08** <br><br> **Mechanic's lien** <br><br> **1625 St. Paul Street** <br><br> Value $                  **0.00** | | | | **10,836.46** | **10,836.46** |
| Account No. **xxxxxx7591** <br><br> **Litton Loan Servicing** <br> **P.O. Box 4387** <br> **Houston, TX 77210-4387** | | - | **Mortgage** <br><br> **1625 St. Paul Street** <br><br><br> Value $                  **0.00** | | | | **249,577.25** | **249,577.25** |
| Account No. <br><br> **Plumbing & Heating Solutions, LLC** <br> **P.O. Box 945** <br> **Owings Mills, MD 21117** | | - | **Obligation arising from St. Paul properties** <br><br><br> Value $                  **0.00** | | | | **24,465.00** | **24,465.00** |
| Account No. <br><br> **Regal Bank & Trust** <br> **11436 Cronhill Drive, Unit 1** <br> **Owings Mills, MD 21117** | | - | **Blanket lien** <br><br> **On all properties** <br><br><br> Value $                  **0.00** | | | | **1,510,000.00** | **1,510,000.00** |

Sheet   **1**   of   **1**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal <br> (Total of this page) | **1,912,714.51** | **1,912,714.51** |
|---|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | **2,518,957.02** | **2,518,957.02** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Lawrence Porter**                            ,    Case No. _____

<center>Debtor</center>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<center>__1__    continuation sheets attached</center>

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **Lawrence Porter**
_____ ,    Case No. _____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Alimony obligation | | | | | |
| **Merle Porter** **11763 Greenspring Road** **Lutherville, MD 21093** | - | | | | | | 40,000.00 | 0.00 / 40,000.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 / 40,000.00    40,000.00 |
| | Total (Report on Summary of Schedules) | 0.00 / 40,000.00    40,000.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re     **Lawrence Porter**                                                                    ,    Case No. _____
                                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  <br><br>**Aaron Blessing**<br>**P.O. Box 1861**<br>**Shepherdstown, WV 25443** | | - | | | **Obligation arising from operation of Larry Porter LLC** | | | X | 3,250.00 |
| Account No.  <br><br>**Adelberg, Rudow, Dorf & Hendler, LLC**<br>**7 Saint Paul Street, Sutie 600**<br>**Baltimore, MD 21202** | | - | | | **Obligation arising from purchase of bed and breakfast, and zoning and violation issues arising from real properties** | | | | 82,796.46 |
| Account No.  <br><br>**Adelberg, Rudow, Dorf & Hendler, LLC**<br>**7 Saint Paul Street, Sutie 600**<br>**Baltimore, MD 21202** | | - | | | **Obligation arising from St. Paul properties** | | | | 1,368.00 |
| Account No.  <br><br>**Adelberg, Rudow, Dorf & Hendler, LLC**<br>**7 Saint Paul Street, Sutie 600**<br>**Baltimore, MD 21202** | | - | | | | | | | 140.00 |

|  | | Subtotal<br>(Total of this page) | 87,554.46 |
|---|---|---|---|

__13__ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          S/N:21326-080918   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence Porter**                                          ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Air Solutions, LLC** <br>**P.O. Box 945** <br>**Owings Mills, MD 21117** | | - | Obligation arising from St. Paul properties | | | | 7,286.81 |
| Account No. **xxxx-xxxxxx-x1005** <br><br> **American Express** <br>**P.O. Box 1270** <br>**Newark, NJ 07101** | | - | | | | | 33,876.88 |
| Account No. **xxxx-xxxx-xxxx-4310** <br><br> **Bank of America** <br>**P.O. Box 15276** <br>**Wilmington, DE 19886** | | - | | | | | 20,560.76 |
| Account No. **xxxx-xxxx-xxxx-8315** <br><br> **Bank of America** <br>**P.O. Box 15710** <br>**Wilmington, DE 19886** | X | - | Obligation arising from operation of US Lender | | | | 12,469.09 |
| Account No. **xxxx-xxxx-xxxx-7145** <br><br> **Bank of America** <br>**P.O. Box 15276** <br>**Wilmington, DE 19886** | | - | | | | | 21,131.90 |

Sheet no. __1__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

95,325.44

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence Porter** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Bankcorp South (fka The Business Bank)** 6100 Corporate Blvd. Suite 100 Baton Rouge, LA | X | - | | Obligation arising from operation of US Lender, LLC | | | | 100,000.00 |
| Account No. **Beltway Roofing** 5 Main Street Reisterstown, MD 21136 | | - | | Obligation arising from St. Paul properties | | | | 10,000.00 |
| Account No. **xxxxx-x7539** **BGE** P.O. Box 13070 Philadelphia, PA 19101-3070 | | - | | Obligation arising from 1724 St. Paul Street, 1st Floor | | | | 490.04 |
| Account No. **xxxxx-x4072** **BGE** P.O. Box 13070 Philadelphia, PA 19101-3070 | | - | | Obligation arising from 1724 St. Paul Street, 2nd Floor | | | | 193.64 |
| Account No. **xxxxx-x8590** **BGE** P.O. Box 13070 Philadelphia, PA 19101-3070 | | - | | Obligation arising from 1724 St. Paul Street, 3rd Floor | | | | 23.97 |

Sheet no. __2__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

110,707.65

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence Porter**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-x7265**<br><br>**BGE**<br>**P.O. Box 13070**<br>**Philadelphia, PA 19101-3070** | | - | Obligation arising from 1724 St. Paul Street, Unit B | | | | 488.76 |
| Account No. **xxxxx-x4019**<br><br>**BGE**<br>**P.O. Box 13070**<br>**Philadelphia, PA 19101-3070** | X | J | Obligation arising from 1724 St. Paul Street, Unit PS | | | | 217.32 |
| Account No. **xxxxx-x2014**<br><br>**BGE**<br>**P.O. Box 13070**<br>**Philadelphia, PA 19101-3070** | X | - | Obligation arising from 1810 St. Paul Street, Unit PS | | | | 337.77 |
| Account No. **xxxxx-x4062**<br><br>**BGE**<br>**P.O. Box 13070**<br>**Philadelphia, PA 19101-3070** | | - | Obligation arising from 1816 St. Paul Street, 1st Floor | | | | 23.97 |
| Account No. **xxxxx-x2403**<br><br>**BGE**<br>**P.O. Box 13070**<br>**Philadelphia, PA 19101-3070** | | - | Obligation arising from 1816 St. Paul Street, 2nd Floor | | | | 443.02 |

Sheet no. __**3**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          1,510.84

B6F (Official Form 6F) (12/07) - Cont.

In re     **Lawrence Porter**                                          ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxx-x8180** | | | | | Obligation arising from 1816 St. Paul Street, 3rd Floor | | | | |
| **BGE** P.O. Box 13070 Philadelphia, PA 19101-3070 | | - | | | | | | | |
| | | | | | | | | | 2.38 |
| Account No. **x0170** | | | | | | | | | |
| **BMW** 700 Kenilworth Avenue Towson, MD 21204 | | - | | | | | | | |
| | | | | | | | | | 2,164.34 |
| Account No. **xxxxxx8414** | | | | | Guaranty of obligation of US Lender, Inc. | | | | |
| **BMW Financial Services** P.O. Box 9001065 Louisville, KY 40290 | | - | | | | | | | |
| | | | | | | | | | 1,804.53 |
| Account No. | | | | | | | | | |
| **Capital One Bank** P.O. Box 70884 Charlotte, NC 28272 | | - | | | | | | | |
| | | | | | | | | | 5,247.00 |
| Account No. **xxxx-xxxx-xxxx-5416** | | | | | Obligation arising from operation of Maryland Mortgage Funding, Inc. | | | | |
| **Capital One Bank** P.O. Box 70884 Charlotte, NC 28272-0884 | X | - | | | | | | | |
| | | | | | | | | | 2,389.27 |

Sheet no. __4__ of __13__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)           11,607.52

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence Porter** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx6000** | | | | Obligation arising from 1812 St. Paul Street | | | | |
| City of Baltimore Dept of Finance 100 Holliday Street Baltimore, MD 21202 | | - | | | | | | 105.45 |
| Account No. **xxxxxxx4004** | | | | Obligation arising from 1724 St. Paul Street | | | | |
| City of Baltimore Dept of Finance 100 Holliday Street Baltimore, MD 21202 | | - | | | | | | 310.32 |
| Account No. **xxxxxxx4001** | | | | Obligation arising from 1625 St. Paul Street | | | | |
| City of Baltimore Dept of Finance 100 Holliday Street Baltimore, MD 21202 | | - | | | | | | 590.61 |
| Account No. **xxxxxxx5003** | | | | Obligation arising from 1809 St. Paul Street | | | | |
| City of Baltimore Dept of Finance 100 Holliday Street Baltimore, MD 21202 | | - | | | | | | 581.26 |
| Account No. **xxxxxxx4005** | | | | Obligation arising from 1816 St. Paul Street | | | | |
| City of Baltimore Dept of Finance 100 Holliday Street Baltimore, MD 21202 | | - | | | | | | 414.34 |

Sheet no. __5__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **2,001.98**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence Porter** _____,    Case No. _____
　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CNA Insurance**<br>**201 International Circle**<br>**Suite 520**<br>**Cockeysville, MD 21030** | | - | | Obligation arising from St. Paul properties | | | | **Unknown** |
| Account No.<br><br>**Cooter, Mangold, Tompert & Karas, LLP**<br>**5301 Wisconsin Avenue NW**<br>**Suite 500**<br>**Washington, DC 20015** | | - | | Obligation arising from St. Paul properties | | | | **13,611.40** |
| Account No. **xxx-x307-2**<br><br>**Credco (San Diego Credit Assn.)**<br>**2044 First Avenue, Suite 300**<br>**San Diego, CA 92101** | X | - | | Obligation arising from operation of US Lender, LLC | | | X | **1,313.14** |
| Account No.<br><br>**Danzo Flooring**<br>**4840 Ilchester Road**<br>**Ellicott City, MD 21043** | | - | | Obligation arising from St. Paul properties | | | | **5,277.90** |
| Account No.<br><br>**David H. Gleason Associates, Inc.**<br>**520A North Eutaw Street**<br>**Baltimore, MD 21201** | | - | | Obligation arising from St. Paul properties | | | | **80,001.46** |

Sheet no. __6___ of __13___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　**100,203.90**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence Porter**                                                          ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **David H. Gleason Associates, Inc.** <br> **520A North Eutaw Street** <br> **Baltimore, MD 21201** | - | | **Obligation arising from 1625 St. Paul Street and bed and breakfast** | | | | 37,644.95 |
| Account No. <br><br> **David H. Gleason Associates, Inc.** <br> **520A North Eutaw Street** <br> **Baltimore, MD 21201** | - | | **Obligation arising from 1809 St. Paul Street** | | | | 29,883.12 |
| Account No. <br><br> **Estate of John Marsh** <br> **c/o Dottie Marsh** <br> **212 Bently Hill Drive** <br> **Reisterstown, MD 21136** | - | | **Obligation arising from operation of US Lending, Inc.** | | | | 12,000.00 |
| Account No. <br><br> **Fallston Construction/Clifton Ryan** <br> **2119 Beechwood Lane** <br> **Fallston, MD 21047** | - | | **Obligation arising from St. Paul properties** | | | | 10,663.00 |
| Account No. **xxxxxxxxxxxx3849** <br><br> **GEMB/Gap** <br> **P.O. Box 530942** <br> **Atlanta, GA 30353** | - | | | | | | 306.95 |

Sheet no. __**7**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **90,498.02**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence Porter**                                         ,       Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Hodes, Pessin & Katz, PA** <br> **901 Dulaney Valley Road** <br> **Suite 400** <br> **Towson, MD 21204** | - | | **Obligation arising from St. Paul properties** | | | | 16,711.72 |
| Account No. <br><br> **Household Bank FSB** <br> **P.O. Box 1547** <br> **Chesapeake, VA 23327** | - | | | | | | 13,071.04 |
| Account No. **xxxxxxx1064** <br><br> **HSBC/Neiman Marcus** <br> **P.O. Box 535** <br> **Carol Stream, IL 60197** | - | | | | | | 445.88 |
| Account No. <br><br> **Katherine Vandommelen** <br> **6 Margate Road** <br> **Lutherville, MD 21093** | - | | **Obligation arising from St. Paul properties** | | | | 5,227.50 |
| Account No. <br><br> **Kevin Turner** <br> **5 Johnamac North** <br> **Littlestown, PA 17340** | - | | **Obligation arising from operation of US Lender, Inc. & Lawrence Porter, LLC** | | | X | 30,165.00 |

Sheet no. __8__ of __13__ sheets attached to Schedule of          Subtotal          65,621.14
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence Porter**                                                                            ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W<br>J C | | | | | | |
| Account No.<br><br>**Levy Mann Caplan Hermann & Polashuk<br>400 Redland Court, Suite 110<br>Owings Mills, MD 21117** | | - | | | | | | **3,767.44** |
| Account No. **xx0474**<br><br>**Lutherville Endoscopy Center<br>c/o ICS Financial Services Corporation<br>P.O. Box 507<br>Jarrettsville, MD 21084** | | - | | | | | | **157.90** |
| Account No.<br><br>**Merle Porter<br>11763 Greenspring Road<br>Lutherville, MD 21093** | | - | | Claim per Marital Settlement Agreement | | | | **25,000.00** |
| Account No.<br><br>**Nita Goldberg<br>710 Gawain Road<br>Plymouth Meeting, PA 19462** | | - | | Loan | | | | **1,000.00** |
| Account No. **xxx5718**<br><br>**Park Medical Laboratories<br>c/o R&R Professional Recovery, Inc.<br>P.O. Box 21575<br>Baltimore, MD 21282-1575** | | - | | | | | | **17.80** |

Sheet no. __9__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**29,943.14**

B6F (Official Form 6F) (12/07) - Cont.

In re __Lawrence Porter__ , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxx620-0** <br><br> **Progressive Car Insurance** <br> **P.O. Box 182009** <br> **Columbus, OH 43218** | | - | | | | | | | 355.00 |
| Account No. **EXP xxx-xxx-4009** <br><br> **Regal Bank & Trust** <br> **11436 Cronhill Drive, Unit 1** <br> **Owings Mills, MD 21117** | X | - | | | Guaranty of obligation of US Lender, Inc. | | | | 51,470.93 |
| Account No. **GP xxxxxx40-09** <br><br> **Regal Bank & Trust** <br> **11436 Cronhill Drive, Unit 1** <br> **Owings Mills, MD 21117** | X | - | | | Guaranty of obligation of U.S. Lender, Inc. | | | | 62,601.56 |
| Account No. <br><br> **Reznick Group PA** <br> **500 E. Pratt Street, Suite 200** <br> **Baltimore, MD 21202** | | - | | | Obligation arising from St. Paul properties | | | | 10,120.05 |
| Account No. <br><br> **Reznick Group PA** <br> **500 E. Pratt Street, Suite 200** <br> **Baltimore, MD 21202** | | - | | | Obligation arising from St. Paul properties | | | | 4,230.00 |

Sheet no. __10__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

128,777.54

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence Porter**                                                      ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Richardson Interior Disposal** <br> **3782 North Point Road** <br> **Baltimore, MD 21229** | - | | | Obligation arising from St. Paul properties | | | | 3,480.05 |
| Account No. <br><br> **Rock and Roll Restoration** <br> **419 E. Oliver Street, Suite 2E** <br> **Baltimore, MD 21202** | - | | | | | | | 2,790.00 |
| Account No. <br><br> **Rosemary Wortman** <br> **6350 Windrider Way** <br> **Columbia, MD 21045** | - | | | Obligation arising from US Lender, Inc. | | | | 5,000.00 |
| Account No. **xxxxxxx1411xx** <br><br> **Sallie Mae** <br> **1002 Arthur Drive** <br> **Lynn Haven, FL 32444** | - | | | Student loan | | | | 11,696.99 |
| Account No. **EXP xxx-xxx-4009** <br><br> **SBA** <br> **c/o Schumaker Williams** <br> **40 W. Chesapeake Avenue, Suite 605** <br> **Towson, MD 21204** | - | | | Obligation arising from operation of US Lender, Inc. | | | | 50,000.00 |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**72,967.04**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence Porter**                                               ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **GP xxxxxx40-09**<br><br>**SBA**<br>**c/o Schumaker Williams**<br>**40 W. Chesapeake Avenue, Suite 605**<br>**Towson, MD 21204** | - | | Obligation arising from operation of US Lender, Inc. | | | | 150,000.00 |
| Account No. **xxxxx2856**<br><br>**Staples**<br>**c/o Ltd Financial services**<br>**7322 Southwest Freeway, Suite 1600**<br>**Houston, TX 77074** | - | | Obligation arising from operation of US Lender | | | X | 1,956.35 |
| Account No.<br><br>**Steve Porter**<br>**1470 Huntingdon Road**<br>**Abington, PA 19001** | - | | Loan | | | | 350.00 |
| Account No. **x5552**<br><br>**STV Incorporated**<br>**7125 Ambassador Road**<br>**Suite 200**<br>**Windsor Mill, MD 21244-2708** | - | | Obligation arising from St. Paul properties | | | | 11,050.00 |
| Account No.<br><br>**THD/CBSD**<br>**CCS Gray Ops Center**<br>**541 Sidmartin Road**<br>**Johnson City, TN 37615** | - | | Obligation arising from St. Paul properties | | | | 3,343.00 |

Sheet no. __12__ of __13__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page) | 166,699.35

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence Porter** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**The American Insurance Company**<br>**c/o Hankoff and Company**<br>**P.O. Box 669**<br>**Owings Mills, MD 21117** | | - | | **Obligation arising from 1625 St. Paul Street** | | | | **1,075.86** |
| Account No. **xx xxxx x8654**<br><br>**The Hartford**<br>**c/o Credit Collection Services**<br>**Two Wells Avenue, Dept 7250**<br>**Newton Center, MA 02459** | | - | | **Obligation arising from operation of US Lender** | | | | **817.48** |
| Account No.<br><br>**Thornel D. Moorman, III**<br>**P.O. Box 1323**<br>**Baltimore, MD 21203** | X | - | | **Lead paint litigation** | | | X | **Unknown** |
| Account No.<br><br>**US Bank National Association**<br>**c/o Shapiro & Burson, LLP**<br>**13135 Lee Jackson Highway**<br>**Fairfax, VA 22033** | | - | | **Deficiency arising from foreclosure sale of 1809 St. Paul Street** | | | | **37,402.00** |
| Account No.<br><br>**Walbrook Mill & Lumber Co.**<br>**2636 W. North Avenue**<br>**Baltimore, MD 21216** | | - | | **Obligation arising from St. Paul properties** | | | | **1,511.24** |

Sheet no. **13** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | **40,806.58** |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **1,004,224.60** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Lawrence Porter**                                                          ,    Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Lawrence Porter**                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Annette Moorman**<br>**2553 E. Fayette Street**<br>**Baltimore, MD 21223** | **Thornel D. Moorman, III**<br>**P.O. Box 1323**<br>**Baltimore, MD 21203** |
| **Arnold Hyatt**<br>**10 Valley Gate Way**<br>**Pikesville, MD 21208** | **Thornel D. Moorman, III**<br>**P.O. Box 1323**<br>**Baltimore, MD 21203** |
| **Estate of James Flint**<br>**2142 Presstman Street**<br>**Baltimore, MD 21217** | **Thornel D. Moorman, III**<br>**P.O. Box 1323**<br>**Baltimore, MD 21203** |
| **Ljh Ltd. Partnership I**<br>**c/o Lawrence Porter**<br>**20 Pinewood Farm Court**<br>**Owings Mills, MD 21117** | **BGE**<br>**P.O. Box 13070**<br>**Philadelphia, PA 19101-3070** |
| **Ljh Ltd. Partnership I**<br>**c/o Lawrence Porter**<br>**20 Pinewood Farm Court**<br>**Owings Mills, MD 21117** | **BGE**<br>**P.O. Box 13070**<br>**Philadelphia, PA 19101-3070** |
| **Ljh Ltd. Partnership I**<br>**c/o Lawrence Porter**<br>**20 Pinewood Farm Court**<br>**Owings Mills, MD 21117** | **Thornel D. Moorman, III**<br>**P.O. Box 1323**<br>**Baltimore, MD 21203** |
| **Mary Easter**<br>**141 S. Catherine Street**<br>**Baltimore, MD 21223** | **Thornel D. Moorman, III**<br>**P.O. Box 1323**<br>**Baltimore, MD 21203** |
| **Maryland Mortgage Funding, Inc.**<br>**c/o Lawrence Porter**<br>**20 Pinewood Farm Court**<br>**Owings Mills, MD 21117** | **Capital One Bank**<br>**P.O. Box 70884**<br>**Charlotte, NC 28272-0884** |
| **Nellie Flint Brown**<br>**2142 Presstman Street**<br>**Baltimore, MD 21217** | **Thornel D. Moorman, III**<br>**P.O. Box 1323**<br>**Baltimore, MD 21203** |
| **Steven Flint**<br>**2142 Presstman Street**<br>**Baltimore, MD 21217** | **Thornel D. Moorman, III**<br>**P.O. Box 1323**<br>**Baltimore, MD 21203** |

**1**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Lawrence Porter**                                                        ,    Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **U.S. Lender**<br>**c/o Lawrence Porter**<br>**20 Pinewood Farm Court**<br>**Owings Mills, MD 21117** | **Bank of America**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886** |
| **US Lender, Inc.**<br>**c/o Lawrence Porter**<br>**20 Pinewood Farm Court**<br>**Owings Mills, MD 21117** | **Regal Bank & Trust**<br>**11436 Cronhill Drive, Unit 1**<br>**Owings Mills, MD 21117** |
| **US Lender, Inc.**<br>**c/o Lawrence Porter**<br>**20 Pinewood Farm Court**<br>**Owings Mills, MD 21117** | **Regal Bank & Trust**<br>**11436 Cronhill Drive, Unit 1**<br>**Owings Mills, MD 21117** |
| **US Lender, LLC**<br>**c/o Lawrence Porter**<br>**20 Pinewood Farm Court**<br>**Owings Mills, MD 21117** | **Bankcorp South (fka The Business Bank)**<br>**6100 Corporate Blvd.**<br>**Suite 100**<br>**Baton Rouge, LA** |
| **US Lender, LLC**<br>**c/o Lawrence Porter**<br>**20 Pinewood Farm Court**<br>**Owings Mills, MD 21117** | **Credco (San Diego Credit Assn.)**<br>**2044 First Avenue, Suite 300**<br>**San Diego, CA 92101** |

Sheet   __1__   of   __1__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Lawrence Porter** _____     Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ 0.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 0.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | $ 0.00 | $ N/A |
| b.  Insurance | $ 0.00 | $ N/A |
| c.  Union dues | $ 0.00 | $ N/A |
| d.  Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance<br>(Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income<br>(Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Lawrence Porter** _____     Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 1,000.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | | |
| b. Is property insurance included? | Yes ___ | No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | | $ | 443.95 |
| b. Water and sewer | | | $ | 0.00 |
| c. Telephone | | | $ | 228.00 |
| d. Other **Comcast/internet** | | | $ | 187.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 0.00 |
| 4. Food | | | $ | 600.00 |
| 5. Clothing | | | $ | 100.00 |
| 6. Laundry and dry cleaning | | | $ | 50.00 |
| 7. Medical and dental expenses | | | $ | 100.00 |
| 8. Transportation (not including car payments) | | | $ | 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 150.00 |
| 10. Charitable contributions | | | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| a. Homeowner's or renter's | | | $ | 0.00 |
| b. Life | | | $ | 0.00 |
| c. Health | | | $ | 425.00 |
| d. Auto | | | $ | 170.00 |
| e. Other | | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify) | | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| a. Auto | | | $ | 880.00 |
| b. Other | | | $ | 0.00 |
| c. Other | | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 2,000.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other | | | $ | 0.00 |
| Other | | | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | 6,833.95 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b. | Average monthly expenses from Line 18 above | $ | 6,833.95 |
| c. | Monthly net income (a. minus b.) | $ | -6,833.95 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Maryland, Baltimore Division

In re    **Lawrence Porter**                                                            Case No.
                                              Debtor(s)              Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **31** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **September 29, 2008**                    Signature    **/s/ Lawrence Porter**

                                                                **Lawrence Porter**
                                                                Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Maryland, Baltimore Division

In re    **Lawrence Porter**                                               Case No. _____

                                                Debtor(s)               Chapter     **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

        This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

        Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

        *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

        *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

        State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$7,115.50** | **2008 year to date wages from Countrywide** |
| **$8,599.35** | **2007 total wages from Countrywide** |

### 2. Income other than from employment or operation of business

None
☐

        State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$126,223.50** | **2007 total distributions received from Lawrence Porter, LLC** |

2

| AMOUNT | SOURCE |
|---|---|
| **$109,827.42** | **2006 total distributions received from Lawrence Porter, LLC** |

**3. Payments to creditors**

None
■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Regal Bank & Trust v. Lawrence Porter; case no. 24-C-003321** | **Receivership** | **Circuit Court for Baltimore City** | **Pending** |
| **Air Solutions, LLC v. Lawrence Porter; case no. 080400318892007** | **Breach of contract** | **District Court of Maryland for Baltimore County** | **Judgment entered 1/17/08** |
| **Clifton Ryan v. Lawrence Porter; case no. 0101-003829-2008** | | **District Court of Maryland for Baltimore City** | **Dismissed 7/21/08** |
| **Household Bank v. Lawrence Porter; case no. 0804-0011713-2008** | **Breach of contract** | **District Court of Maryland for Baltimore County** | **Judgment entered 7/28/08** |
| **Katherine Vandommelen v. Larry Porter; case no. 0804-0004673-2008** | | **District Court of Maryland for Baltimore County** | **Judgment entered 4/17/08** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Kevin M. Turner v. Lawrence Porter; case no. 0804-0000333-22008** | | **District Court of Maryland for Baltimore County** | **Judgment entered 5/30/08** |
| **Walbrook Mill & Lumber Co. v. Larry Porter, et al.; case no. 080400345142007** | | **District Court of Maryland for Baltimore County** | **Judgment entered 4/3/08** |
| **Rosemary Wortman v. Lawrence Porter, et al; case no. 03-C04010099** | | **Circuit Court for Baltimore County** | **Settled** |
| **Plumbing & Heating Solutions, LLC v. Larry Porter; case no. 080400318902007** | | **District Court of Maryland for Baltimore City** | **Judgment entered** |
| **John S. Burson, Trustee v. Lawrence Porter; case no. 24-0-08001284** | **Foreclosure** | **Circuit Court for Baltimore City** | |
| **Thornel D. Moorman, III v. Larry Porter, et al; case no. 24-C-06010975** | **Lead paint litigation** | **Circuit Court for Baltimore City** | **Pending** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Shapiro & Burson, LLP 13135 Lee Jackson Highway Suite 201 Fairfax, VA 22033** | **5/28/08** | **Foreclosure of 1809 St. Paul Street, Baltimore, MD; sold for $214,800** |

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Approximately $20,000** | **From gambling** | **Various times** |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mehlman, Greenblatt & Hare, LLC 723 South Charles Street, Suite LL3 Baltimore, MD 21230** | **7/15/08** | **$5,000.00** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Lawrence Porter, Inc.** | **52-167-0880** | **c/o Lawrence Porter 20 Pinewood Farm Court Owings Mills, MD 21117** | **Real estate management** | **7/21/88 through 12/31/06** |
| **Maryland Mortgage Funding, Inc.** | **52-1701578** | **c/o Lawrence Porter 20 Pinewood Court Owings Mills, MD 21117** | **Mortgage broker/lender (name changed to US Mortgage Funding, Inc. on 9/29/00** | **8/28/90 through 9/15/07** |

7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Mortgage Technologies, LLC** | | **c/o Lawrence Porter 20 Pinewood Farm Court Owings Mills, MD 21117** | **Owner of internet process origination copyright** | **4/12/02 to date** |
| **US Mortgage Funding, Inc.** | **81-0548255** | **c/o Lawrence Porter 20 Pinewood Farm Court Owings Mills, MD 21117** | **Held 49% interest in Millenium Residential Funding, LLC** | **09/29/00 through 04/02** |
| **Millenium Residential Funding, LLC** | | **c/o Lawrence Porter 20 Pinewood Farm Court Owings Mills, MD 21117** | **Partnership with Millenium Bank** | **9/16/01 through 04/02** |
| **The US Lender, Inc.** | | **c/o Lawrence Porter 20 Pinewood Farm Court Owings Mills, MD 21117** | **Vender services** | **4/12/02 - 8/1/03** |
| **Mortgage Technologies, LLC** | | **c/o Lawrence Porter 20 Pinewood Farm Court Owings Mills, MD 21117** | **Held software license** | **4/12/02 through 12/31/06** |
| **The US Lender, Inc.** | **52-1701578** | **c/o Lawrence Porter 20 Pinewood Farm Court Owings Mills, MD 21117** | **Merged wtih US Mortgage Funding Group, Inc. and used name of US Lender, Inc.** | **08/01/03 through 9/15/07** |
| **The US Lender, LLC** | | **c/o Lawrence Porter 20 Pinewood Farm Court Owings Mills, MD 21117** | **Held 50% interest in joint venture with American Fidelity, Inc.** | **12/18/03 through 12/31/04** |
| **Lawrence Porter, LLC** | | **c/o Lawrence Porter 20 Pinewood Farm Court Owings Mills, MD 21117** | **Restoration of properties located on St. Paul Street** | **08/24/06 athrough 12/31/07** |

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.


NAME                                    ADDRESS


## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date   **September 29, 2008**                Signature   **/s/ Lawrence Porter**
                                                         **Lawrence Porter**
                                                         Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 201 (04/09/06)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND, BALTIMORE DIVISION

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney
I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Constance M. Hare - Bar No. 22512 | X /s/ Constance M. Hare - Bar No. | September 29, 2008 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**723 South Charles Street**
**Suite LL3**
**Baltimore, MD 21230**
**(410) 547-0300**

### Certificate of Debtor
I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Lawrence Porter | X /s/ Lawrence Porter | September 29, 2008 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

## United States Bankruptcy Court
### District of Maryland, Baltimore Division

In re    **Lawrence Porter**                                    Case No.
_____    _____
                                    Debtor(s)    Chapter    **7**    _____

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **September 29, 2008**                    **/s/ Lawrence Porter**
_____    _____
                                    **Lawrence Porter**
                                    Signature of Debtor

Aaron Blessing
P.O. Box 1861
Shepherdstown, WV 25443

Adelberg, Rudow, Dorf & Hendler, LLC
7 Saint Paul Street, Sutie 600
Baltimore, MD 21202

Air Solutions, LLC
P.O. Box 945
Owings Mills, MD 21117

American Express
P.O. Box 1270
Newark, NJ 07101

American Express
P.O. Box 6618
Omaha, NE 68105-0618

American Express
c/o Mitchell Kay, Esquire
P.O. Box 9006
Smithtown, NY 11787-9006

Angela Ruocco, Esquire
DHCD Code Enforcement Legal Section
417 E. Fayette Street, Suite 202
Baltimore, MD 21202

Annette Moorman
2553 E. Fayette Street
Baltimore, MD 21223

Arnold Hyatt
10 Valley Gate Way
Pikesville, MD 21208

Bank of America
P.O. Box 15276
Wilmington, DE 19886

Bank of America
P.O. Box 15710
Wilmington, DE 19886

Bank of America
c/o Collectcorp Corporation
455 N. 3rd Street, Suite 260
Phoenix, AZ 85004-3924

Bank of America
c/o Frederick J. Hanna & Asso.
1427 Roswell Road
Marietta, GA 30062

Bank of America
c/o Focus Receivables Management
P.O. Box 725069
Atlanta, GA 31139-2069

Bankcorp South (fka The Business Bank)
6100 Corporate Blvd.
Suite 100
Baton Rouge, LA

Beltway Roofing
5 Main Street
Reisterstown, MD 21136

BGE
P.O. Box 13070
Philadelphia, PA 19101-3070

BMW
700 Kenilworth Avenue
Towson, MD 21204

BMW Financial Services
P.O. Box 9001065
Louisville, KY 40290

Capital One Bank
P.O. Box 70884
Charlotte, NC 28272

Capital One Bank
P.O. Box 70884
Charlotte, NC 28272-0884

Capital One Bank
c/o Peroutka & Peroutka
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122

Carl R. Gold, Esquire
402 W. Pennsylvania Avenue
Towson, MD 21204

Chase Home Finance
P.O. Box 78116
Phoenix, AZ 85062-8116

Chase Home Finance, LLC
P.O. Box 50911
San Diego, CA 92150-9011

Citimortgage Inc.
P.O. Box 183040
Columbus, OH 43218-3040

City of Baltimore
Dept of Finance
100 Holliday Street
Baltimore, MD 21202

CNA Insurance
201 International Circle
Suite 520
Cockeysville, MD 21030

Cooter, Mangold, Tompert & Karas, LLP
5301 Wisconsin Avenue NW
Suite 500
Washington, DC 20015

Credco (San Diego Credit Assn.)
2044 First Avenue, Suite 300
San Diego, CA 92101

Danzo Flooring
4840 Ilchester Road
Ellicott City, MD 21043

David H. Gleason Associates, Inc.
520A North Eutaw Street
Baltimore, MD 21201

Elliott A. Brager, Esquire
8631 Liberty Road, 2nd Floor
Randallstown, MD 21133

Estate of James Flint
2142 Presstman Street
Baltimore, MD 21217

Estate of John Marsh
c/o Dottie Marsh
212 Bently Hill Drive
Reisterstown, MD 21136

Fallston Construction/Clifton Ryan
2119 Beechwood Lane
Fallston, MD 21047

Frank F. Daily, Esquire
11350 McCormick Road
Suite 704
Hunt Valley, MD 21031

Gap
c/o NCO Financial Systems
P.O. Box 61247
Dept. 64
Virginia Beach, VA 23466

Gap
c/o GE Money Bank
P.O. Box 981064
El Paso, TX 79998-1064

Gap
c/o Encore Receivable Management
400 N. Rogers Road
P.O. Box 3330
Olathe, KS 66063-3330

GEMB/Gap
P.O. Box 530942
Atlanta, GA 30353

Hodes, Pessin & Katz, PA
901 Dulaney Valley Road
Suite 400
Towson, MD 21204

Household Bank FSB
P.O. Box 1547
Chesapeake, VA 23327

HSBC/Neiman Marcus
P.O. Box 535
Carol Stream, IL 60197

John M. Singleton, Esquire
400 Redland Court, Suite 107
Owings Mills, MD 21117

Katherine Vandommelen
6 Margate Road
Lutherville, MD 21093

Kevin B. Kamenetz, Esquire
40 W. Chesapeake Avenue, #518
Towson, MD 21204

Kevin Turner
5 Johnamac North
Littlestown, PA 17340

Kurlander Electric, Inc.
8B Music Fair Road
Owings Mills, MD 21117

Levy Mann Caplan Hermann & Polashuk
400 Redland Court, Suite 110
Owings Mills, MD 21117

Litton Loan Servicing
P.O. Box 4387
Houston, TX 77210-4387

Ljh Ltd. Partnership I
c/o Lawrence Porter
20 Pinewood Farm Court
Owings Mills, MD 21117

Lutherville Endoscopy Center
c/o ICS Financial Services Corporation
P.O. Box 507
Jarrettsville, MD 21084

Martin B. Ellis, Esquire
Shumaker Williams PC
40 W. Chesapeake Avenue, Suite 605
Towson, MD 21204

Mary Easter
141 S. Catherine Street
Baltimore, MD 21223

Maryland Mortgage Funding, Inc.
c/o Lawrence Porter
20 Pinewood Farm Court
Owings Mills, MD 21117

Merle Porter
11763 Greenspring Road
Lutherville, MD 21093

Neiman Marcus
P.O. Box 729080
Dallas, TX 75372-9979

Nellie Flint Brown
2142 Presstman Street
Baltimore, MD 21217

Nita Goldberg
710 Gawain Road
Plymouth Meeting, PA 19462

Park Medical Laboratories
c/o R&R Professional Recovery, Inc.
P.O. Box 21575
Baltimore, MD 21282-1575

Peroutka & Peroutka, PA
8028 Ritchie Highway, Suite 300
Pasadena, MD 21122

Plumbing & Heating Solutions, LLC
P.O. Box 945
Owings Mills, MD 21117

Progressive Auto Insurance
c/o Credit Collection Services
Two Wells Avenue, Dept. 9134
Newton Center, MA 02459

Progressive Car Insurance
P.O. Box 182009
Columbus, OH 43218

Regal Bank & Trust
11436 Cronhill Drive, Unit 1
Owings Mills, MD 21117

Reznick Group PA
500 E. Pratt Street, Suite 200
Baltimore, MD 21202

Richardson Interior Disposal
3782 North Point Road
Baltimore, MD 21229

Rock and Roll Restoration
419 E. Oliver Street, Suite 2E
Baltimore, MD 21202

Rosemary Wortman
6350 Windrider Way
Columbia, MD 21045

Sallie Mae
1002 Arthur Drive
Lynn Haven, FL 32444

Saul E. Kerpelman, Esquire
10 N. Calvert Street, Suite 600
Baltimore, MD 21202

SBA
c/o Schumaker Williams
40 W. Chesapeake Avenue, Suite 605
Towson, MD 21204

Shumaker Williams
40 W. Chesapeake Avenue
Suite 605
Towson, MD 21204

Shumaker Williams PC
40 W. Chesapeake Avenue, Suite 605
Towson, MD 21204-4891

Staples
c/o Ltd Financial services
7322 Southwest Freeway, Suite 1600
Houston, TX 77074

Steve Porter
1470 Huntingdon Road
Abington, PA 19001

Steven Flint
2142 Presstman Street
Baltimore, MD 21217

STV Incorporated
7125 Ambassador Road
Suite 200
Windsor Mill, MD 21244-2708

THD/CBSD
CCS Gray Ops Center
541 Sidmartin Road
Johnson City, TN 37615

The American Insurance Company
c/o Hankoff and Company
P.O. Box 669
Owings Mills, MD 21117

The American Insurance Company
CH 0162
Palatine, IL 60055-0162

The Casey Group, Ltd.
40 W. Chesapeake Avenue, Suite 202
Towson, MD 21204

The Hartford
c/o Credit Collection Services
Two Wells Avenue, Dept 7250
Newton Center, MA 02459

Thornel D. Moorman, III
P.O. Box 1323
Baltimore, MD 21203

U.S. Lender
c/o Lawrence Porter
20 Pinewood Farm Court
Owings Mills, MD 21117

US Bank National Association
c/o Shapiro & Burson, LLP
13135 Lee Jackson Highway
Fairfax, VA 22033

US Lender, Inc.
c/o Lawrence Porter
20 Pinewood Farm Court
Owings Mills, MD 21117

US Lender, LLC
c/o Lawrence Porter
20 Pinewood Farm Court
Owings Mills, MD 21117

Walbrook Mill & Lumber Co.
2636 W. North Avenue
Baltimore, MD 21216

Weinstock, Friedman & Friedman, PA
4 Reservoir Circle
Pikesville, MD 21208-7301